In the Matter of the Claim of ANGELO MAGLIO, Respondent, against DOBBIE FOUNDRY AND MACHINE COMPANY, Appellant; STATE INSURANCE FUND. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of CLIFFORD B. WADE and Another, Respondents, against A. I. NAMM AND SONS, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of SAMUEL RETINOWITZ, Respondent, against PAUL F. REILLY, Appellant STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of WITOLD SOKOLOWSKI, Respondent, against BANK OF AMERICA and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. — Decision amended by adding thereto " with costs to the appellants against the State Industrial Board."

In the Matter of the Claim of EDWARD HIRSCHMAN, Respondent, against E. W. EDWARDS & SON and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. †—Award affirmed, with costs to the State Industrial Board, on the authority of Matter of Bervilacqua v. Clark (225 App. Div. 190; affd., 250 N. Y. 589); Przekop v. Ramapo Ajax Corp. (214 App. Div. 512); Matter of Hobertis v. Columbia Shirt Co. (186 id. 397). All concur, except Hinman, J., who dissents and votes to reverse award and remit claim to the Board to make proper allowance for claimant's previous defect in vision, since the accident did not result in the physical loss of the eye (Workmen's Comp. Law, § 15, subd. 3, ¶ e) as in the Bervilacqua case, and a new question is presented which ought to be reviewed in the Court of Appeals.

In the Matter of the Claim of GUISEPPI FOMOLO, Respondent, against OAKDALE CONTRACTING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board. (Workmen's Comp. Law, § 15, subd. 5-a; § Matter of Vincent v. Allerton House Co., 256 N. Y. 522.)

ANNA SARLAY, Respondent, v. GEORGE H. ZATOR, Appellant, and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. All concur. Rhodes, J., not sitting.

In the Matter of the Construction of the Last Will and Testament of EDITH S. BROWN, Deceased.— Decree unanimously affirmed, with costs to parties filing briefs, payable out of the estate.